UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Clifford Johnson, | Case No. 19-cv-00115 (DSD/BRT) |
| Plaintiff, | |
| v. | **SATISFACTION OF JUDGMENT** |
| City of Minneapolis; and Officer Kevin Franek and Officer Brian Cummings, in their individual and official capacities, | |
| Defendants. | |

WHEREAS, on March 27, 2019, the above-captioned Court entered a Rule 68 Judgment in a Civil Case against Defendants in the amount of Ten Thousand and no/100 Dollars ($10,000.00);

WHEREAS, the parties have agreed to resolve Plaintiff's claim for attorney's fees and costs with payment from the City of Minneapolis to Plaintiff's attorney The Law Office of Zorislav R. Leyderman, in the amount of Seven Thousand and Four Hundred Twenty-Six and 50/100 Dollars ($7,426.50);

WHEREAS, on June 25, 2019, Defendants satisfied the aforementioned judgment and order by way of the City of Minneapolis' payments of $10,000.00 to Plaintiff Clifford Johnson, and $7,426.50 to The Law Office of Zorislav R. Leyderman;

THEREFORE, the Plaintiff affirms and attests, by and through his undersigned attorney, that said Judgment, and any claim for attorney's fees and costs, has been **satisfied in full** and the Court Administrator shall record the same.

Dated:  June 25, 2019                        THE LAW OFFICE OF
                                             ZORISLAV R. LEYDERMAN
                                             By

                                             s/ *Zorislav R. Leyderman*
                                             Zorislav R. Leyderman (#0391286)
                                             222 South Ninth Street, Suite 1600
                                             Minneapolis, MN  55402
                                             zrl@ZRLlaw.com
                                             (612) 876-6626
                                             *Attorney for Plaintiff*